UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ESTHER LOWINGER,

      Plaintiff,

v.

PZENA INVESTMENT MANAGEMENT, INC.,
and RICHARD C. PZENA,

      Defendants.

------------------------------------------------------------ X

JERE C. WHITE, individually and on behalf of
all other persons similarly situated,

      Plaintiff,

v.

PZENA INVESTMENT MANAGEMENT, INC.,
and RICHARD C. PZENA,

      Defendants.

------------------------------------------------------------ X

ECF Case

Civil Action No. 07-10524 (AKH)

Civil Action No. 08-00406 (AKH)

## CERTIFICATE OF SERVICE

The undersigned certifies that the following statement is true under penalty of perjury:

I am a member of the Bars of the State of New York and the United States District Court for the Southern District of New York. I am an attorney with the firm of Abraham, Fruchter & Twersky, LLP, attorneys for Plaintiff in this action. I am over the age of 18 and not a party to this action. I hereby certify under penalty of perjury that on January 22, 2008 I caused to be served a copy of the following documents:

(1) NOTICE OF MOTION with the attached DECLARATION OF JEFFREY S. ABRAHAM; and

(2) MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF ESTHER LOWINGER'S MOTION TO: (i) CONSOLIDATE ALL RELATED CASES PURSUANT TO FED. R. CIV. P. 42(a); (ii) APPOINT LEAD PLAINTIFF; AND (iii) APPOINT ABRAHAM, FRUCHTER & TWERSKY, LLP AS LEAD COUNSEL;

by postage pre-paid First Class US Mail on the following:

| | |
|---|---|
| Lynda J. Grant<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>150 East 52nd Street<br>New York, NY 10022 | Brian Polovoy<br>Shearman & Sterling, LLP<br>599 Lexington Avenue<br>New York, New York 10022 |
| *Attorneys for Plaintiff Jere C. White* | *Attorneys for Defendants* |

_____
Jeffrey S. Abraham