UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER LOWINGER,<br><br>                    Plaintiff,<br><br>          v.<br><br>PZENA INVESTMENT MANAGEMENT, INC. and RICHARD C. PZENA,<br><br>                    Defendants. | No. 07 CV 10524 (AKH) |
| JERE C. WHITE,<br><br>                    Plaintiff,<br><br>          v.<br><br>PZENA INVESTMENT MANAGEMENT, INC. and RICHARD C. PZENA,<br><br>                    Defendants. | No. 08 CV 00406 (AKH)<br><br>**NOTICE OF APPEARANCE** |

        PLEASE ENTER the appearance of Brian H. Polovoy with the law firm of Shearman & Sterling LLP as attorneys for the defendants in the above-captioned actions.

Dated:  New York, NY
        February 8, 2008

                                    SHEARMAN & STERLING LLP

                                    By:   /s/ Brian H. Polovoy
                                             Brian H. Polovoy

                                    599 Lexington Avenue
                                    New York, NY  10022-6069
                                    Telephone:  (212) 848-4000
                                    bpolovoy@shearman.com

                                    Attorneys for Defendants