UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER LOWINGER,<br><br>                    Plaintiff,<br><br>     v.<br><br>PZENA INVESTMENT MANAGEMENT, INC. and RICHARD C. PZENA,<br><br>                    Defendants. | No. 07 CV 10524 (AKH) |
| JERE C. WHITE,<br><br>                    Plaintiff,<br><br>     v.<br><br>PZENA INVESTMENT MANAGEMENT, INC. and RICHARD C. PZENA,<br><br>                    Defendants. | No. 08 CV 00406 (AKH)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, defendant Pzena Investment Management, Inc., by its undersigned attorneys Shearman & Sterling LLP, hereby

-2-

states that it is a publicly held company trading on the New York Stock Exchange, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, NY
February 8, 2008

                                      SHEARMAN & STERLING LLP

                                      By:  /s/ Brian H. Polovoy
                                               Brian H. Polovoy

                                      599 Lexington Avenue
                                      New York, NY  10022-6069
                                      Telephone:  (212) 848-4000
                                      bpolovoy@shearman.com

                                      Attorneys for Defendants