UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER LOWINGER, et al. )<br>)<br>        Plaintiffs, )<br>)<br>        v. )<br>)<br>PZENA INVESTMENT MANAGEMENT, INC., )<br>et al. )<br>)<br>        Defendants. )<br>_____) | Case No. 1:07-cv-10524-AKH |
| JERE C. WHITE, et al., )<br>)<br>        Plaintiffs, )<br>)<br>        v. )<br>)<br>PZENA INVESTMENT MANAGEMENT, INC., )<br>et al. )<br>)<br>        Defendants. )<br>_____) | Case No. 1:08-cv-00406-AKH |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed Declarations of Catherine A. Torell and Avi Samuel Garbow and the Certificates of Good Standing annexed thereto, the undersigned will appear before the Honorable Alvin K. Hellerstein on a date to be determined by the Court, in the United States Courthouse, 500 Pearl Street, New York, New York 10007 for an Order (attached as Exhibit A), pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, admitting Avi Samuel Garbow as attorney *pro hac vice*.

Dated: April 3, 2008

          Respectfully submitted,

          */s/ Catherine A. Torell*
          Catherine A. Torell (CT-0905)
          **COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC**
          150 East 52nd Street
          New York, New York 10022
          Telephone:  (212) 838-7797
          Facsimile:   (212) 838-7745

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER LOWINGER, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PZENA INVESTMENT MANAGEMENT, INC., ) <br> et al. ) <br> ) <br> Defendants. ) | Case No. 1:07-cv-10524-AKH |
| JERE C. WHITE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PZENA INVESTMENT MANAGEMENT, INC., ) <br> et al. ) <br> ) <br> Defendants. ) | Case No. 1:08-cv-00406-AKH |

## [PROPOSED] ORDER

This matter coming before the Court on the Motion to Appear Pro Hac Vice of Movant, Avi Samuel Garbow of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., 1100 New York Avenue, NW, Suite 500 West, Washington, District of Columbia, 20005 for purposes of the above-entitled and numbered cause. After careful consideration, the Court is of the opinion that said motion should be GRANTED. It is therefore ORDERED that Avi Samuel Garbow shall be allowed to appear before this Court *pro hac vice*, subject to the Local Rules of the Southern District of New York.

Signed this _____ day of April, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER LOWINGER, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PZENA INVESTMENT MANAGEMENT, INC., ) <br> et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:07-cv-10524-AKH |
| JERE C. WHITE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PZENA INVESTMENT MANAGEMENT, INC., ) <br> et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:08-cv-00406-AKH |

## **DECLARATION**

Catherine A. Torell, hereby declares as follows:

1.  I am an attorney admitted to practice in the State of New York, and in the Southern District of New York, and an attorney with the firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. I submit this Declaration in support of the motion to admit Avi Samuel Garbow to the United District Court for the Southern District of New York *pro hac vice* for purposes of this action.

2.  I agree to act as local counsel for Avi Samuel Garbow and to observe the Rules of this Court governing the conduct of attorneys.

3. Avi Samuel Garbow is a member in good standing of the Bar of the District of Columbia and the Bar of the State of Virginia. Mr. Garbow is a partner with the firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., and is counsel to plaintiff, Chaoxu Zhao, in this action.

4. For the foregoing reasons, it is respectfully requested that Avi Samuel Garbow be admitted *pro hac vice* to the United States Court for the Southern District of New York for purposes of this action.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2008

_____
Catherine A. Torell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER LOWINGER, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PZENA INVESTMENT MANAGEMENT, INC., et al.<br><br>　　　　　Defendants. | Case No. 1:07-cv-10524-AKH |
| JERE C. WHITE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PZENA INVESTMENT MANAGEMENT, INC., et al.<br><br>　　　　　Defendants. | Case No. 1:08-cv-00406-AKH |

## **DECLARATION**

Avi S. Garbow, hereby declares as follows:

1. I am a partner with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

2. I submit this Declaration in support of the motion of Catherine A. Torell for my admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia, admitted in 2004, Bar No. 445399, and the Bar of Virginia, admitted in 1992, Bar No. 34990.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore, declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: April __1__, 2008

_____
Avi Samuel Garbow

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**AVI  SAMUEL  GARBOW**

was, on the  2nd  day of  February  A.D.  2004  admitted to practice as an  Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  20th  day of  March  A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk



AO 136 (Rev. 9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT

Eastern   DISTRICT OF   Virginia

**CERTIFICATE OF GOOD STANDING**

I, _____Fernando Galindo_____, Clerk of this Court,

certify that _____Avi Samuel Garbow_____, Bar # 34990,

was duly admitted to practice in this Court on

_____9/6/2002_____, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _____Alexandria, VA_____ on _____3/20/2008_____.
         LOCATION                              DATE


Fernando Galindo
CLERK OF COURT

DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER LOWINGER, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PZENA INVESTMENT MANAGEMENT, INC., )<br>et al. )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-10524-AKH |
| JERE C. WHITE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PZENA INVESTMENT MANAGEMENT, INC., )<br>et al. )<br>)<br>Defendants. )<br>) | Case No. 1:08-cv-00406-AKH |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2008, I caused to be served a true and correct copy of the foregoing Notice of Motion to admit Counsel Pro Hac Vice, Declarations of Catherine A. Torell and Avi Samuel Garbow in support of Motion to Admit Counsel Pro Hac Vice and [Proposed] Order Granting Application of Avi Samuel Garbow for Admission Pro Hac Vice upon counsel listed on the attached service list, via U.S. Mail, postage prepaid:

Catherine A. Torell

## SERVICE LIST

Jeffrey Simon Abraham
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 1910
New York, NY 10119


Brian Howard Polovoy
Sherman & Sterling LLP
599 Lexington Avenue
New York, NY 10022