UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/08

| | |
|---|---|
| ESTHER LOWINGER, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PZENA INVESTMENT MANAGEMENT, INC., )<br>et al. )<br>)<br>Defendants. ) | Case No. 1:07-cv-10524-AKH |
| JERE C. WHITE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PZENA INVESTMENT MANAGEMENT, INC., )<br>et al. )<br>)<br>Defendants. ) | Case No. 1:08-cv-00406-AKH |

## [PROPOSED] ORDER

This matter coming before the Court on the Motion to Appear Pro Hac Vice of Movant, Jason M. Leviton of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., 1100 New York Avenue, NW, Suite 500 West, Washington, District of Columbia, 20005 for purposes of the above-entitled cause. After careful consideration, the Court is of the opinion that said motion should be GRANTED. It is therefore ORDERED that Jason M. Leviton shall be allowed to appear before this Court *pro hac vice*, subject to the Local Rules of the Southern District of New York.

Signed this __7__ day of April, 2008

_____
UNITED STATES DISTRICT COURT JUDGE