**Randell Fryman**
Vice President
Litigation & Regulatory Proceedings

Goldman, Sachs & Co.
One New York Plaza | New York, NY 10004
Tel: 212-902-5748 | Fax: 212-493-0065
e-mail: randell.fryman@gs.com

**ESSENTIAL SERVICES GROUP
555 EIGHTH AVE., SUITE 1901
NEW YORK, N.Y. 10018
TEL.212-760-2300
FAX-212-760-0188**

UNITD STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER LOWINGER, ET ANNO.

VS.               INDEX#1:07-CV-10524(AKH)

PZENA INVESTMENT MANAGEMENT, INC., ET AL.

State of New York, County of New York,SS:

JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   On **APRIL 9/08 AT 10:55 A.M.** at:
**85 BROAD STREET
NEW YORK,N .Y. 10004** Deponent served the annexed:
**AMENDED SUMMONS IN A CIVIL ACTION;
CONCOLIDATED AMENDED CLASS ACTION COMPLAINT,**

on **GOLDMAN SACHS & CO.**
by delivering thereat a true copy to RANDALL FRYMAN, (V.P. LTIGATION) personally;

   Deponent describes the individual served as follows:
Sex/Race(skin color): MALE/WHITE
Hair/ Approximate Age: BLOND/ 35-40 YRS.
Approximate height/Approximate weight: 5'11"/175 LBS.
182/
PS4.08- -     23
sworn to before me this
 /0  day  April/08

JULIUS D. RINGELHEIM
NO. 01RI4987686
QUALIFIED IN QUEENS COUNTY
COMMISSION EXP. 3/23/11
NOTARY PUBLIC STATE OF N.Y.