Jay Lefkowitz
Eric F. Leon
Lisa V. LeCointe
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Attorneys for Defendant
Goldman, Sachs & Co.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER LOWINGER,<br><br>                          Plaintiff,<br><br>             v.<br><br>PZENA INVESTMENT MANAGEMENT, INC., et al.,<br><br>                          Defendants. | Master File No. 07 CV 10524 (AKH)<br><br>**RULE 7.1 STATEMENT** |

### DISCLOSURE STATEMENT OF GOLDMAN, SACHS & CO.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Goldman, Sachs & Co., through its undersigned attorneys, states that it is not a corporation and is a New York limited partnership.  The Goldman Sachs Group, Inc. owns more than 10% of the partnership interests in Goldman, Sachs & Co.

|  |  |
|---|---|
| Dated: May 22, 2008<br>New York, New York | s/ _____<br>Jay Lefkowitz<br>Eric F. Leon<br>Lisa V. LeCointe<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York  10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>Attorneys for Defendant<br>Goldman, Sachs & Co. |