Jay Lefkowitz
Eric F. Leon
Lisa V. LeCointe
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for Defendant
UBS Securities LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER LOWINGER, <br><br> Plaintiff, <br><br> v. <br><br> PZENA INVESTMENT MANAGEMENT, INC., <u>et al.</u>, <br><br> Defendants. | Master File No. 07 CV 10524 (AKH) <br><br> **<u>RULE 7.1 STATEMENT</u>** |

**<u>DISCLOSURE STATEMENT OF UBS SECURITIES LLC</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, UBS Securities LLC ("UBS"), through its undersigned attorneys, certifies that UBS AG, a publicly held corporation, is the ultimate parent company of  UBS.  No person or entity owns more than 10% of UBS AG stock.

|                |                       | s/ _____ |
| -------------- | --------------------- |
| Dated:         | May 22, 2008          | Jay Lefkowitz                       |
|                | New York, New York    | Eric F. Leon                        |

Dated:    May 22, 2008  
New York, New York

s/ _____  
Jay Lefkowitz  
Eric F. Leon  
Lisa V. LeCointe  
KIRKLAND & ELLIS LLP  
Citigroup Center  
153 East 53rd Street  
New York, New York  10022-4611  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  

Attorneys for Defendant  
UBS Securities LLC