Jay Lefkowitz
Eric F. Leon
Lisa V. LeCointe
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Attorneys for Defendants
Goldman, Sachs & Co. and UBS Securities LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER LOWINGER,<br><br>                Plaintiff,<br><br>v.<br><br>PZENA INVESTMENT MANAGEMENT, INC., et al.,<br><br>                Defendants. | Master File No.07 CV 10524 (AKH)<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that upon the accompanying Underwriter Defendants' memorandum of law in support of the Motion To Dismiss The Consolidated Amended Complaint, joining with the Pzena Defendants' memorandum of law, the affidavit of Brian H. Polovoy, counsel for the Pzena Defendants, sworn to on May 22, 2008, and all exhibits thereto, and all prior pleadings and papers in this action, Defendants Goldman, Sachs & Co. and UBS Securities LLC, by and through their undersigned counsel, will move this Court, in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on the 7th day of August 2008, at 9:30 a.m. or as soon thereafter as counsel

may be heard, for an order dismissing the Consolidated Amended Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       May 22, 2008

                                                    s/ _____
Jay Lefkowitz
Eric F. Leon
Lisa V. LeCointe
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for Defendants
Goldman, Sachs & Co. and UBS Securities LLC

To:

| | |
|---|---|
| Jeffrey S. Abraham, Esq.<br>ABRAHAM, FRUCHTER & TWERSKY LLP<br>One Penn Plaza<br>Suite 1910<br>New York, NY  10119<br>Telephone: (212) 279-5050<br>Facsimile: (212) 279-3655<br><br>Co-Lead Counsel for Co-Lead Plaintiffs | Avi S. Garbow, Esq.<br>Jason M. Leviton, Esq.<br>COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC  20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Catherine A. Torell, Esq.<br>COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.<br>150 East 52nd Street<br>30th Floor<br>New York, NY 10022<br>Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745<br><br>Co-Lead Counsel for Co-Lead Plaintiffs |