Brian H. Polovoy
E. Alexandra Dosman
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022-6069
Tel.:  (212) 848-4000
Fax:  (212) 848-7179

Attorneys for Defendants
Pzena Investment Management, Inc.
and Richard S. Pzena

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| ESTHER LOWINGER, | : |
| | : Master File No. 07 CV 10524 (AKH) |
| Plaintiff, | : |
| | : **ORAL ARGUMENT REQUESTED** |
| v. | : |
| | : |
| PZENA INVESTMENT MANAGEMENT, INC., et al., | : |
| | : |
| | : |
| Defendants. | : |
| | : |

-----------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the affidavit of Brian H. Polovoy, sworn to on May 22, 2008, together with the exhibits thereto, and all prior pleadings and papers in this action, Defendants Pzena Investment Management, Inc. and Richard S. Pzena, by and through their undersigned counsel, will move this Court, in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on the 7th day of August 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, for an order dismissing the Consolidated Amended Complaint with

prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
      May 22, 2008

SHEARMAN & STERLING LLP

By: /s/ Brian H. Polovoy
    Brian H. Polovoy
    E. Alexandra Dosman

599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Defendants
Pzena Investment Management, Inc.
and Richard S. Pzena

To:

Jeffrey S. Abraham, Esq.
ABRAHAM, FRUCHTER & TWERSKY LLP
One Penn Plaza
Suite 1910
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

Co-Lead Counsel for Co-Lead Plaintiffs

Avi S. Garbow, Esq.
Jason M. Leviton, Esq.
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Catherine A. Torell, Esq.
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
150 East 52nd Street
30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

Co-Lead Counsel for Co-Lead Plaintiffs