

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

bpolovoy@shearman.com
(212) 848-4703

July 28, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/08
```

BY HAND

The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street – Room 1050
New York, NY 10007

Lowinger v. Pzena Investment Management, Inc., Master File No. 07 Civ. 10524 (AKH)

Dear Judge Hellerstein:

We represent defendants Pzena Investment Management, Inc. and Richard S. Pzena in this consolidated securities action. Pursuant to a Stipulation and Order dated March 26, 2008, defendants' reply memoranda in support of their motions to dismiss are due August 6, 2008. We write to request that the date for submission of defendants' reply memoranda be extended from August 6 to August 15, 2008. There have been no previous requests for an extension of this date. Plaintiffs consent to our request. There are no other dates scheduled after the date for submission of defendants' reply memoranda.

We appreciate the Court's consideration. Please feel free to have your Chambers contact me should you have any questions.

Respectfully submitted,

Brian H. Polovoy

Enclosure

cc:   Jeffrey S. Abraham, Esq.
      Avi S. Garbow, Esq.
      Eric F. Leon, Esq.

SO ORDERED this 27 day of July:

U.S.D.J.

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS

NYDOCS04/495943.1