```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ESTHER LOWINGER,                              :
                                              :  **SUMMARY ORDER**
                      Plaintiff,              :
                                              :  07 Civ. 10524 (AKH)
      -against-                               :
                                              :
PZENA INVESTMENT MANAGEMENT, INC.,            :
et al.,                                       :
                                              :
                      Defendants.             :
------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

On August 25, 2008, the parties appeared before me for oral argument on defendants' motion to dismiss (Doc. #s 19, 23), pursuant to Fed. R. Civ. P. 12(b)(6). For the reasons stated on the record, defendants' motions are granted. The underwriter defendants' motion to dismiss Chaoxu Zhao as lead plaintiff is denied as moot. The Clerk shall mark the case closed.

SO ORDERED.

Dated:      August 25, 2008
            New York, New York

                                          _____
                                          ALVIN K. HELLERSTEIN
                                          United States District Judge

1